IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CURTIS LEE RILEY,

       Plaintiff,

v.

MULTNOMAH COUNTY COURTHOUSE, et al.,

       Defendants.

Civil No. 03-1660-AS

ORDER

HAGGERTY, District Judge.

    IT IS ORDERED that Plaintiff's Motion for Dismissal of Action (# ) is GRANTED. This action is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this __6__ day of May, 2005.

                    /s/Ancer L.Haggerty
                      Ancer L. Haggerty
                      United States District Judge